UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9565 GHK (JCGx) | Date | August 25, 2011 |
|---|---|---|---|
| Title | *Amy Wiley v. Financial Recovery Services, Inc.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | | |
|---|---|---|---|
| Beatriz Martinez | 8/25/11 | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Mahadhi Corzano | Christopher D. Holt | | |

**Proceedings:**     (IN CHAMBERS) ORDER REGARDING SETTLEMENT CONFERENCE

The parties and their counsel appeared for the Settlement Conference.

The Court confidentially caucused with the parties and their counsel.

The parties were unable to reach a resolution.

The parties are invited to contact the Court if *changed circumstances*, including further factual investigation, may merit additional settlement discussions.  The parties may contact the courtroom deputy and arrange for a telephonic conference for this purpose.

The parties are reminded that *all* discussions are deemed confidential settlement discussions.  All statements made or information disclosed are privileged and cannot be compelled under any circumstances.  In addition, the *comments* of the Judge during caucusing are *not* to be used by counsel for any purpose, including any settlement negotiations with opposing counsel, in any filings, or in any court proceedings.

cc:     Hon. George H. King
        Parties of Record

|     | 2 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | bm |